# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Aaron Carter_  SBI#: _179415_

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**                     - 0 5 - 6 7 6 ;

DATE:   _August 17, 2005_

Attached are copies of your inmate account statement for the months of _February 1, 2005_ to _July 31, 2005_.

The following indicates the average daily balances.

FILED
SEP 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | 27.08 |
| March | 13.87 |
| April | 22.75 |
| May | 13.58 |
| June | 13.55 |
| July | 12.72 |

Average daily balances/6 months: _17.09_

Attachments
CC:  File

_Stacy Shane_
8/17/05

Notary Public
8/19/05

# Individual Statement

Date Printed: 8/16/2005

Page 1 of 1

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $37.23 |
|---|---|---|---|---|---|---|
| 00179415 | Carter | Aaron | | | | |
| Current Location: | 21 | | Comments: QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 2/1/2005 | ($7.16) | $0.00 | $0.00 | $30.07 | 63486 | | | |
| Canteen | 2/15/2005 | ($5.98) | $0.00 | $0.00 | $24.09 | 69171 | | | |

Ending Mth Balance: $24.09

# Individual Statement

Date Printed: 8/16/2005

Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $24.09 |
|---|---|---|---|---|---|---|
| 00179415 | Carter | Aaron | | | | |
| Current Location: | 21 | | Comments: | QOL4 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 3/1/2005 | ($6.42) | $0.00 | $0.00 | $17.67 | 75731 | | | |
| Canteen | 3/16/2005 | ($6.18) | $0.00 | $0.00 | $11.49 | 81817 | | | |
| Canteen | 3/29/2005 | ($6.35) | $0.00 | $0.00 | $5.14 | 86548 | | | |

Ending Mth Balance:  $5.14

# Individual Statement

Date Printed: 8/16/2005

Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $5.14 |
|---|---|---|---|---|---|---|
| 00179415 | Carter | Aaron | | | | |

Current Location: 21   Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 4/4/2005 | $25.00 | $0.00 | $0.00 | $30.14 | 89588 | 4613253482 | | M JAMES |
| Canteen | 4/12/2005 | ($6.14) | $0.00 | $0.00 | $24.00 | 92598 | | | |
| Canteen | 4/26/2005 | ($6.01) | $0.00 | $0.00 | $17.99 | 98177 | | | |

Ending Mth Balance: $17.99

# Individual Statement

Date Printed: 8/16/2005                                    Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $17.99 |
|---|---|---|---|---|---|---|
| 00179415 | Carter | Aaron | | | | |

Current Location:  21          Comments:  QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/10/2005 | ($5.03) | $0.00 | $0.00 | $12.96 | 104959 | | | |
| Canteen | 5/25/2005 | ($3.72) | $0.00 | $0.00 | $9.24 | 110994 | | | |

Ending Mth Balance:  $9.24

# Individual Statement

Date Printed: 8/16/2005

## For Month of June 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $9.24 |
|---|---|---|---|---|---|---|
| 00179415 | Carter | Aaron | | | | |

Current Location: 21    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 6/7/2005 | ($6.39) | $0.00 | $0.00 | $2.85 | 116581 | | | |
| Mail | 6/17/2005 | $25.00 | $0.00 | $0.00 | $27.85 | 121508 | 194001807 | | M JAMES |
| Canteen | 6/22/2005 | ($7.47) | $0.00 | $0.00 | $20.38 | 122932 | | | |

Ending Mth Balance: $20.38

# Individual Statement

Date Printed: 8/16/2005                                                                                          Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $20.38 |
|---|---|---|---|---|---|---|
| 00179415 | Carter | Aaron | | | | |
| Current Location: | 21 | | Comments: QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/5/2005 | ($6.69) | $0.00 | $0.00 | $13.69 | 127702 | | | |
| Canteen | 7/20/2005 | ($13.49) | $0.00 | $0.00 | $0.20 | 133582 | | | |
| Mail | 7/25/2005 | $15.00 | $0.00 | $0.00 | $15.20 | 135551 | 194002795 | | M JAMES |

Ending Mth Balance: $15.20