IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-676-SLR |
| | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| WARDEN THOMAS CARROLL, LINDA | ) |
| HUNTER, NURSING SUPERVISOR, | ) |
| and DR. TAMMY Y. KASTRE, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on October 14, 2005, this Court entered an order granting leave to proceed <u>in forma pauperis</u> and requiring the plaintiff to complete and return an authorization form (D.I. 3);

WHEREAS, the authorization form was to be filed within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, the authorization form has not been received from the plaintiff;

THEREFORE, at Wilmington this 28th day of November, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay any previously assessed fees or the $250.00 filing fee.

_____
United States District Judge