OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170



November 29, 2005

TO:  Delaware Correctional Center
     ATTN: Business Office
     P.O. Box 500
     Smyrna, DE 19977

RE:  Return of Check for Inmate Filing Fees,
     Check # 8556 dated 11/11/05

Enclosed check, #8556 is being returned by the Clerk's Office without action.  It appears that subject check is written off the account of inmate Aaron Carter, SBI #179415,

Be advised that the Court issued an order on 11/28/05, dismissing the complaint for failure to provide an Authorization Form to the Clerk's Office in accordance with it's order dated 10/12/05.  Copies of both orders are enclosed.

We are returning this check directly to the Business Office since your office issued it. Please contact me directly if you have a question, at 302-573-6170.

Sincerely,

/rbe
BY: _____
Attachments:  Ronald B. Eberhard
 as noted     Intake Supervisor

PETER T. DALLEO
~~CLERK~~

cc:  Financial Administrator
     Mr. Aaron Carter, SBI # 179415, DCC
   ✓ The Honorable Sue L. Robinson, CA 05-676 SLR



### District of Delaware

Notice of Electronic Filing

The following transaction was received from rld, entered on 11/22/2005 at 1:29 PM EST and filed on 11/22/2005

**Case Name:** Carter v. Taylor et al
**Case Number:** 1:05-cv-676
**Filer:**
**WARNING: CASE CLOSED on 11/22/2005**
**Document Number:** 4

**Docket Text:**
ORDER dismissing complaint without prejudice as pltf. failed to provide his Authorization form. Plaintiff is not required to pay any previously assessed fees or the $250.00 filing fee. (Copy to pltf.), ***Civil Case Terminated. Signed by Judge Sue L. Robinson on 11/22/05. (rld, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=11/22/2005] [FileNumber=130190-0
] [9057948fbbe67b36c74bee9956d8c195e3ff5822ef8336992140ddd194b51cd4d5a
e487116cc1d27babc8ec2ecc05469ff6982f5c0a4135900d6acc991481934]]

**1:05-cv-676 Notice will be electronically mailed to:**

**1:05-cv-676 Notice will be delivered by other means to:**

Aaron K. Carter

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civ. No. 05-676-SLR<br>) |
| COMMISSIONER STANLEY TAYLOR,<br>WARDEN THOMAS CARROLL, MS.<br>LINDA HUNTER, NURSING<br>SUPERVISOR CORRECTIONAL<br>MEDICAL SYSTEM DCC, DOCTOR<br>TAMMY Y. KASTRE, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

O R D E R

1. The plaintiff Aaron K. Carter, SBI # 179415, a pro se litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

2. Consistent with 28 U.S.C. § 1915(a)(1) and (2), the plaintiff has submitted: (1) an affidavit stating that he has no assets with which to prepay the filing fee; and (2) a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the above-referenced complaint. Based on the plaintiff's submissions, his request to proceed in forma pauperis is granted.

3. Notwithstanding the above, pursuant to 28 U.S.C. § 1915(b)(1), the plaintiff shall be assessed the filing fee of $250.00 and shall be required to pay an initial partial filing fee of 20 percent (20%) of the greater of his average monthly deposit or average monthly balance in the trust fund account.

4. In evaluating the plaintiff's account information, the Court has determined that the plaintiff has an average account balance of $17.09 for the six months preceding the filing of the complaint. The plaintiff's average monthly deposit is $10.83 for the six months preceding the filing of the complaint. Accordingly, the plaintiff is required to pay an initial partial filing fee of $3.42, this amount being 20 percent (20%) of $17.09, the greater of his average monthly deposit and average daily balance in the trust fund account for the six months preceding the filing of the complaint. **Therefore, the plaintiff shall, within thirty days from the date this order is sent, complete and return the attached authorization form allowing the agency having custody of him to forward the $3.42 initial partial filing fee and subsequent payments to the Clerk of the Court. FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE. NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE**

**COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

5. Upon receipt of this order and the authorization form, the Warden or other appropriate official at the Delaware Correctional Center, or at any prison at which the plaintiff is or may be incarcerated, shall be required to deduct the $3.42 initial partial filing fee from the plaintiff's trust account, when such funds become available, and forward that amount to the Clerk of the Court. Thereafter, absent further order of the Court, each time that the balance in plaintiff's trust account exceeds $10.00, the Warden or other appropriate official at the Delaware Correctional Center, or at any prison at which the plaintiff is or may be incarcerated, shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's trust account and forward that amount to the Clerk of the Court.

6. Pursuant to 28 U.S.C. § 1915(g), if the plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, the Court shall deny the plaintiff leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the Court

determines that the plaintiff is under imminent danger of serious physical injury.

DATED: October 12, 2005        /s/ Sue L. Robinson
                                              United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-676-SLR |
| | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| WARDEN THOMAS CARROLL, MS. | ) |
| LINDA HUNTER, NURSING | ) |
| SUPERVISOR CORRECTIONAL | ) |
| MEDICAL SYSTEM DCC, DOCTOR | ) |
| TAMMY Y. KASTRE, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Aaron K. Carter, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $3.42 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated October 12, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2005.

_____
Name of Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-676-SLR |
| | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| WARDEN THOMAS CARROLL, LINDA | ) |
| HUNTER, NURSING SUPERVISOR, | ) |
| and DR. TAMMY Y. KASTRE, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on October 14, 2005, this Court entered an order granting leave to proceed in forma pauperis and requiring the plaintiff to complete and return an authorization form (D.I. 3);

WHEREAS, the authorization form was to be filed within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, the authorization form has not been received from the plaintiff;

THEREFORE, at Wilmington this 28th day of November, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay any previously assessed fees or the $250.00 filing fee.

*[signature]*
United States District Judge