OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 9, 2006

TO:  **Delaware Correctional Center**
     **ATTN: Business Office**
     **P.O. Box 500**
     **Smyrna, DE 19977**

     RE:  **Return of Check #9302 to DCC**

Enclosed check in the amount of $.6.00 is returned by the Clerk's Office without action. A copy of the Court's order dated 11/28/05 is enclosed for your reference. Due to non-compliance with that order requiring an authorization form, the case was dismissed without prejudice and the $150.00 filing fee assessment was removed.

Please contact me directly if you have a question, at 302-573-6158.

/rbe

BY: /s/ Ronald B. Eberhard
    Intake Supervisor

Sincerely,

PETER T. DALLEO
CLERK

Attachment - ck 9302

cc:  Financial Administrator
     The Honorable Sue L. Robinson, CA 05-676 SLR



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-676-SLR |
| | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| WARDEN THOMAS CARROLL, LINDA | ) |
| HUNTER, NURSING SUPERVISOR, | ) |
| and DR. TAMMY Y. KASTRE, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on October 14, 2005, this Court entered an order granting leave to proceed in forma pauperis and requiring the plaintiff to complete and return an authorization form (D.I. 3);

WHEREAS, the authorization form was to be filed within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, the authorization form has not been received from the plaintiff;

THEREFORE, at Wilmington this 28th day of November, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay any previously assessed fees or the $250.00 filing fee.

                                                                            United States District Judge